**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00738-CV

_____

## IN THE MATTER OF THE MARRIAGE OF RICHARD CARTER AND BRENDA LACKEY

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-37440**

---

## ORDER

This appeal is from a judgment signed August 23, 2019. Appellant filed a notice of appeal on September 23, 2019. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Ehdi Sepulveda is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Christopher and Bourliot.